IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Arriaga Molina,         ) | No. CV 05-3224 PHX NVW (LOA) |
| Plaintiff,         ) | **ORDER** |
| vs.         ) | |
| Joseph M. Arpaio,         ) | |
| Defendant.         ) | |

Before the court is Plaintiff's *pro se* Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (doc. # 1). On April 13, 2006, United States Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation ("R & R") (doc. # 8) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the complaint be dismissed. No objections to the R & R were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Anderson (doc. # 8).

IT IS FURTHER ORDERED that Plaintiff's *pro se* Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (doc. # 1) is dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute.

1       IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
2  accordingly and terminate this action.
3       DATED this 5th day of May 2006.

_____
Neil V. Wake
United States District Judge